UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **SUPPLEMENTAL TO** |
| | ) | **SENTENCING MEMORANDUM** |
| vs.          *Plaintiff* | ) | |
| | ) | |
| | ) | **Docket No. 09 Cr. 435 01** |
| **ELIOT VILLAR** | ) | |
| | ) | |
| *Defendant* | ) | |

**Honorable Robert W. Sweet**
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Mr. Dan Noble**
Assistant United States Attorney
One Saint Andrews Plaza
New York, New York 10007

**Mr. Selwyn F. Foderingham, Jr.**
United States Probation Officer
233 Broadway, 15th Floor
New York, New York 10007

**Jorge Guttlein & Associates**
Attorneys for the Defendant
*Eliot Villar*
291 Broadway, Suite 1500
New York, New York 10007
Tel No. (212) 608-3188



## LAW OFFICES OF
## *Jorge Guttlein & Associates, P.C.*

| | |
|---|---|
| MAIN OFFICE | BRONX OFFICE (BY APPOINTMENT ONLY) |
| 291 Broadway, Suite 1500 | 349 East 149th Street, Suite 412 |
| New York, NY 10007 | Bronx, NY 10451 |

Email: info@jorgeguttlein.com
Tel.: (212) 608-3188    FAX: (212) 385-0231

| | |
|---|---|
| Jorge Guttlein, Esq. | Julian Ant. Gallardo M.** |
| Erica Rodriguez, Esq. | Lawyers, Notaries & Consultants |
| Karen Fernandez, Esq.* | (Of Counsel) |
| Juan Carlos Guttlein, Esq. | **admitted in Dominican Rep. |
| | |
| *admitted in N.J. & PA | Thomas E. Moseley, Esq.*** |
| | (Of Counsel) |
| | ***admitted in N.J. & N.Y. |

October 15, 2013

**BY HAND**
Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **United States v. Eliot Villar**
         **Docket No. 09 Cr. 435 01**

Dear Judge Sweet:

  In further support of our Sentencing Memorandum dated October 9, 2013, please find enclosed the following additional supporting documents:

  **Exhibit D**  Letters of Recommendation

    1) A letter from Birmania Brito, friend of the defendant;
    2) A letter from Ariel Santos, friend of the defendant;
    3) A letter from Marilin Paulino, a family friend;
    4) A letter from Maria Paulino, a family friend;
    5) A letter from Luz Quezada, a family friend.

          Respectfully submitted,
          Jorge Guttlein& Associates, P.C.


          By: /s/ Jorge Guttlein
           Jorge Guttlein, Esq.

Cc:
**Mr. Dan Noble**
Assistant United States Attorney
One Saint Andrews Plaza
New York, New York 10007

**Mr. Selwyn F. Foderingham, Jr.**
United States Probation Officer
233 Broadway, 15th Floor
New York, New York 10007